UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD CARL WOOD,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

Case No. 3:17-cv-5430-RJB-BAT

**ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS**

The Court after careful consideration of plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation (Dkt. 14).

(2) The Commissioner's decision is **REVERSED** and this case is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the ALJ shall reassess the opinions of Dr. Khaleeq and Dr. Quinci, consider the additional evidence submitted to the Appeals Council, reassess Mr. Wood's residual functional capacity, and determine whether there are jobs which Mr. Wood can perform that exist in significant numbers in the national economy.

DATED this 13th day of December, 2017.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER REVERSING AND REMANDING
FOR FURTHER PROCEEDINGS - 1